PER CURIAM.
Affirmed. Lineberger v. Domino Canning Co., 68 So.2d 357, 359 (Fla.1953); Simpson v. K-Mart Corp., 537 So.2d 677 (Fla. 3d DCA 1989); Westinghouse Elec. Corp. v. Lawrence, 488 So.2d 623 (Fla. 1st DCA 1986); Allah v. State, 471 So.2d 121, 122 (Fla. 3d DCA 1985), rev. denied, 485 So.2d 426 (Fla.1986); Executive Car & Truck Leasing, Inc. v. DeSerio, 468 So.2d 1027 (Fla. 4th DCA), rev. denied, 480 So.2d 1293 (Fla.1985); Nava v. State, 450 So.2d 606, 609 (Fla. 4th DCA 1984), cause dismissed, 508 So.2d 14 (Fla.1987); Sanders v. Inversiones Varias, S.A. (Invasa), 436 So.2d 1089 (Fla. 3d DCA 1983); Di Teodoro v. Lazy Dolphin Dev. Co., 418 So.2d 428, 429 (Fla. 3d DCA 1982), rev. denied, 427 So.2d 737 (Fla.1983); Dowd v. Star Mfg. Co., 385 So.2d 179 (Fla. 3d DCA), rev. denied, 392 So.2d 1373 (Fla.1980); Jennings v. Stewart, 308 So.2d 611 (Fla. 3d DCA 1975); Stager v. Florida East Coast Ry., 163 So.2d 15 (Fla. 3d DCA 1964), cert. discharged, 174 So.2d 540 (Fla.1965); § 90.104(l)(a), (b), Fla.Stat. (1987).